IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | INDICTMENT |
| | : | |
| vs. | : | CRIMINAL NO. 3:22-CR-_____ |
| | : | |
| JESSICA DIANE HIGGINBOTHAM | : | ___ VIOLATIONS: |
| a/k/a "JESSICA HARRIOD" | : | 18 U.S.C. § 844(e) |
| | : | 18 U.S.C. § 1001(a) |
| | : | |

**THE GRAND JURY CHARGES:**

### COUNT ONE
### (COMMUNICATING A BOMB THREAT)

On or about December 3, 2022, in the Athens Division of the Middle District of Georgia, the Defendant,

**JESSICA DIANE HIGGINBOTHAM, a/k/a "JESSICA HARRIOD,"**

through the use of a telephone, willfully made a threat to kill, injure, or unlawfully destroy a building, by means of an explosive, in and affecting interstate or foreign commerce, in violation of Title 18, United States Code, Section 844(e).

### COUNT TWO
### (MAKING FALSE STATEMENTS)

On or about December 4, 2022, in the Athens Division of the Middle District of Georgia, the Defendant,

**JESSICA DIANE HIGGINBOTHAM, a/k/a "JESSICA HARRIOD,"**

did willfully and knowingly make a materially false, fictitious, and fraudulent statement and representation in a matter within the jurisdiction of the executive branch of the Government of the

United States, to a special agent of the Federal Bureau of Investigation, in an interview conducted at 3035 Lexington Rd, in Athens, Georgia, by falsely stating the following:

### First Specification of Falsity

### Knowledge of Email Address

Defendant stated that she did not know, create, or use the email mindyjacks2022@gmail.com. This statement and representation was false, because as Defendant then and there knew that she had known, created, or used the email mindyjacks2022@gmail.com.

### Second Specification of Falsity

### Use of TextNow on Cellphone

Defendant stated that she did not have TextNow on her Samsung cellphone, bearing serial number r8q:RFCR90KN9WH. This statement and representation was false, because as Defendant then and there knew that she had TextNow on her Samsung cellphone as previously described.

All in violation of Title 18, United States Code, Section 1001(a).

A TRUE BILL.

*s/ Foreperson of the Grand Jury*
FOREPERSON OF THE GRAND JURY

PETER D. LEARY
UNITED STATES ATTORNEY

Presented By:

WILLIAM R. KEYES
ASSISTANT UNITED STATES ATTORNEY

Filed in open court this 15 day of December, AD 2022.

Deputy Clerk