# UNITED STATES DISTRICT COURT
for the

Middle District of Georgia

| | |
|---|---|
| United States of America<br>v.<br><br>JESSICA DIANE HIGGINBOTHAM, aka, JESSICA HARRIOD<br>*Defendant* | Case No. 3:22-cr-00032-CAR-CHW<br>FID # 11504337<br>2320-1216-0454-J<br>USMS# 37440-510 |

*[Stamp: 2022 DEC 15 PM 6:14 U.S. MARSHALS SVC MIDDLE GEORGIA]*

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

*(name of person to be arrested)* JESSICA DIANE HIGGINBOTHAM, aka, JESSICA HARRIOD,
who is accused of an offense or violation based on the following document filed with the court:

☒ Indictment  ☐ Superseding Indictment  ☐ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of the Court

This offense is briefly described as follows:

Ct. 1: Communicating a Bomb Threat
Ct. 2: Making False Statements

Date: December 15, 2022

City and state: Macon, Georgia

s/ Tydra Miller
*Issuing officer's signature*

Tydra Miller, Deputy Clerk
*Printed name and title*

### Return

This warrant was received on *(date)* 12/15/2022, and the person was arrested on *(date)* 01/04/2023
at *(city and state)* ATHENS, GEORGIA.

Date: 01/05/2023

*[signature]*
*Arresting officer's signature*

Autry Pearson CDUSM
*Printed name and title*

**This second page contains personal identifiers provided for law-enforcement use only and therefore should not be filed in court with the executed warrant unless under seal.**

*(Not for Public Disclosure)*

Name of defendant/offender:   JESSICA DIANE HIGGINBOTHAM, aka, JESSICA HARRIOD

Known aliases:

Last known residence:   ,

Prior addresses to which defendant/offender may still have ties:

Last known employment:

Last known telephone numbers:

Place of birth:

Date of birth:

Social Security number:

Height:                                                                 Weight:

Sex:                                                                    Race:

Hair:                                                                   Eyes:

Scars, tattoos, other distinguishing marks:

History of violence, weapons, drug use:

Known family, friends, and other associates *(name, relation, address, phone number)*:

FBI number:

Complete description of auto:

Investigative agency and address:

Name and telephone numbers (office and cell) of pretrial services or probation officer *(if applicable)*:

Date of last contact with pretrial services or probation officer *(if applicable)*: