

U.S. Department of Justice

*United States Attorney*
*Middle District of Georgia*

---

*Criminal Division*     *Phone: (478)752-3511*
*Post Office Box 1702*     *Fax: (478)621-2655*
*Macon, Georgia 31202*     *Fax: (478)621-2656*

February 3, 2023

Chauntilia Adaway
Federal Defenders of Middle Georgia
440 Martin Luther King, Jr. Blvd.
Suite 400
Macon, GA 31201

    RE:    <u>U.S. vs. Jessica Diane Higginbotham</u>
              Case Number: 3:22-cr-32

Dear Ms. Adaway,

    Discovery for this case has been provided to you via USAfx. A discovery log detailing the files provided is included with this letter. Please review these materials promptly and let us know if you have any issues accessing anything herein.

    The government is tendering these documents pursuant to its obligation under the provision of Rule 16 of the Federal Rules of Criminal Procedure.

    As the obligation pursuant to Rule 16 is ongoing, the government will continue to provide you with any other relevant information pertaining to this case which is disclosed to the government.

    Should you have any questions or concerns, please feel free to contact me.

              Sincerely,

              PETER D. LEARY
              UNITED STATES ATTORNEY

    BY:       */s/ William R. Keyes*
              WILLIAM R. KEYES
              ASSISTANT UNITED STATES ATTORNEY

Enclosure



U.S. Department of Justice

*United States Attorney*
*Middle District of Georgia*

---

*Criminal Division*  *Phone: (478)752-3511*
*Post Office Box 1702*  *Fax: (478)621-2655*
*Macon, Georgia 31202*  *Fax: (478)621-2656*

February 21, 2023

Chauntilia Adaway
Federal Defenders of Middle Georgia
440 Martin Luther King, Jr. Blvd.
Suite 400
Macon, GA 31201

      RE:   <u>U.S. vs. Jessica Diane Higginbotham</u>
              Case Number: 3:22-cr-32

Dear Ms. Adaway,

    Additional discovery for this case has been provided to you via USAfx. A discovery log detailing the files provided is included with the discovery. Please review these materials promptly and let us know if you have any issues accessing anything herein.

    The government is tendering these documents pursuant to its obligation under the provision of Rule 16 of the Federal Rules of Criminal Procedure.

    As the obligation pursuant to Rule 16 is ongoing, the government will continue to provide you with any other relevant information pertaining to this case which is disclosed to the government.

    Should you have any questions or concerns, please feel free to contact me.

                                   Sincerely,

                                   PETER D. LEARY
                                   UNITED STATES ATTORNEY

              BY:        */s/ William R. Keyes*
                                   WILLIAM R. KEYES
                                   ASSISTANT UNITED STATES ATTORNEY

Enclosure