IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ATHENS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>v.<br><br>JESSICA DIANE HIGGINBOTHAM,<br><br>*Defendant.* | CRIMINAL ACTION NO.<br>3:22-cr-00032-TES-CHW |

**ORDER GRANTING IN PART UNOPPOSED MOTION TO CONTINUE TRIAL IN THE INTERESTS OF JUSTICE**

Before the Court is Defendant Jessica Higginbotham's Unopposed Motion for Continuance [Doc. 27]. On December 15, 2022, the Government obtained an indictment charging Defendant with Communicating a Bomb Threat and Making False Statements in violation of 18 U.S.C. §§ 844(e) and 1001(a). [Doc. 1]. Defendant entered a plea of not guilty on January 5, 2023. [Doc. 14].

Defendant seeks a continuance because she needs time to review discovery with counsel and prepare a defense. [Doc. 27, p. 1]. So as to avoid a miscarriage of justice, the Court **GRANTS** Defendant's Unopposed Motion for Continuance [Doc. 27] **IN PART**, and this case and its pretrial conference are **CONTINUED** to the Court's next Athens Division trial term—beginning August 7, 2023. *See* 18 U.S.C. § 3161(h)(7)(B)(iv).[1]

---

[1] To the extent Defendant seeks to have this case tried in the Court's Macon Division, her Motion is **DENIED in part**. This case will be tried in the Athens Division during the August term. The Government and Defendant should be prepared to go to trial in that term.

The ends of justice served by this continuance outweigh the best interests of the public and Defendant in a speedy trial and are in accordance with the considerations required under 18 U.S.C. § 3161(h)(7)(A) for excusable delay.

**SO ORDERED**, this 5th day of April, 2023.

S/ Tilman E. Self, III
**TILMAN E. SELF, III, JUDGE**
**UNITED STATES DISTRICT COURT**
